UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENAL CARE GROUP NORTHWEST, INC. d/b/a FRESENIUS KIDNEY CARE SKAGIT VALLEY,<br><br>               Plaintiff,<br><br>    v.<br><br>COASTAL ADMINISTRATIVE SERVICES, INC., FIRST CHOICE HEALTH NETWORK, INC., SCHENK PACKING CO., DIAMOND BENEFITS, INC., and STEVE KLAWONN,<br><br>               Defendants. | CASE NO. 2:22-cv-1693 MJP<br><br>ORDER ON STIPULATED MOTION FOR ISSUANCE OF SUBPOENA TO THE SOCIAL SECURITY ADMINISTRATION |

## **ORDER**

THIS MATTER having come before the Court upon the stipulation of the Parties and the Court having considered the records and files herein, the Court does hereby find good cause to order that the subpoena attached to the stipulated motion as Exhibit 1 be executed and issued by

1  the Court. The Court will instruct the Clerk to issue said subpoena to the Social Security
2  Administration.
3      The clerk is ordered to provide copies of this order to all counsel.
4  Dated May 18, 2023.

Marsha J. Pechman<br>
United States Senior District Judge

ORDER ON STIPULATED MOTION FOR ISSUANCE OF SUBPOENA TO THE SOCIAL SECURITY ADMINISTRATION - 2

PRESENTED BY:

*/s/ Carin Marney*
Carin Marney, WSBA No. 25132
LANE POWELL PC
Attorney for Plaintiff Renal Care Group Northwest, Inc. d/b/a Fresenius Kidney Care Skagit Valley

*/s/ Robert Zaffrann*
Robert Zaffrann, *Pro Hac Vice*
DUANE MORRIS LLP
Attorney for Plaintiff Renal Care Group Northwest, Inc. d/b/a Fresenius Kidney Care Skagit Valley

*/s/ Wendy Lyon*
Wendy Lyon, WSBA No. 34461
FOX ROTHSCHILD LLP
Attorney for Defendant First Choice Health Network, Inc.

*/s/ Kelsey L. Shewbert*
Kelsey L. Shewbert, WSBA No. 51214
Shaun G. Campbell, WSBA No. 47863
HWS LAW GROUP
Attorney for Defendant Coastal Administrative Services, Inc.

*/s/ Matthew L. Harrington*
Mathew L. Harrington, WSBA No. 33276
Maricarmen Perez-Vargas, WSBA No. 54344
STOKES LAWRENCE, P.S.
Attorney for Defendant Schenk Packing Co.

*/s/ James B. Meade*
James B. Meade, WSBA No. 22852
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC

David A. DuBois, P*ro Hac Vice*
MCCOY LEAVITT LASKEY LLC

Attorneys for Defendants Diamond Benefits, Inc. and Steve Klawonn

ORDER ON STIPULATED MOTION FOR ISSUANCE OF SUBPOENA TO THE SOCIAL SECURITY ADMINISTRATION - 3