UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENAL CARE GROUP NORTHWEST INC., <br><br> Plaintiff, <br><br> v. <br><br> COASTAL ADMINISTRATIVE SERVICES INC et al., <br><br> Defendant. | CASE NO. C22-1693 MJP <br><br> ORDER ON STIPULATED MOTION TO EXTEND CASE SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Case Schedule. (Dkt. No. 40.) The parties request a three month extension to the Scheduling Order, and assert there is good cause as discovery has been delayed by the Social Security Administration and the parties are engaging in mediation on February 6, 2024. (Mot. at 2.) Having reviewed the Motion and all relevant materials, the Court GRANTS an extension of sixty (60) days.

It is hereby ORDERED that the case schedule be amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| JURY TRIAL DATE | 10/7/2024 | 12/2/2024 |
| Reports from expert witness under FRCP 26(a)(2) due | 3/1/2024 | 5/6/2024 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | 4/10/2024 | 7/5/2024 |
| Discovery completed by | 2/1/2024 | 4/5/2024 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | 5/1/2024 | 8/5/2024 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | 9/3/2024 | 10/28/2024 |
| Agreed pretrial order due | 9/24/2024 | 11/12/2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | 9/24//2024 | 11/12/2024 |
| Pretrial conference | 9/26/2024 at 1:30 PM | 11/14/2024 at 1:30 PM |
| Length of Jury Trial | 5 Days | Unchanged |

The clerk is ordered to provide copies of this order to all counsel.

Dated January 9, 2024.

Marsha J. Pechman
United States Senior District Judge